UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In the Matter of
Oak-Hee Kim, a/k/a
Oak-Ruesch,
    Petitioner.

In Re: Clearance for handicapped access

## ACCOMMODATION REQUEST

This Court, the petitioner handicapped, multiple chemical sensitivity disorder, etc., requires; carry own glass bottled water; glass containered food; sewing, etc., be allowed; and Denis M Buckley, MD's note, Feb. 26, 2020, attached.

FILED
IN CLERKS OFFICE
2020 JUL 13 PM 12:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

_____
Oak-Hee Kim, Pro Se
23 Walker Street, Apt. C
Newtonville, MA 02460
(617) 964-1587

Dated: July 7, 2020